# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.: | CR 21-00244-AB-4 |
| Date: | July 17, 2024 |

| | |
|---|---|
| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
| Interpreter | N/A |

| Daniel Tamayo | Sheri Kleeger | Patrick Castaneda |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 4) Ashley Alicia Nicole Johnson | √ | | √ | 4) Jay L Lichtman, CJA | √ | √ | |

**Proceedings:** SHOW CAUSE HEARING WHY BOND SHOULD NOT BE REVOKED
(Held and Completed)

Also present is Probation and Pretrial Services Officer, Connie Weng.

The matter is before the Court following the letter received from Pretrial Services (Dkt. No. 344).

The Court has reviewed and considered the report submitted by Pretrial Services. Court and counsel confer. The Court ORDERS the conditions of release to remain as previously set. Pretrial Services shall report any future violation(s) to the Court, immediately.

The Court sets a further Status Conference for **August 23, 2024, at 10:00 a.m.**

IT IS SO ORDERED.

CC: PSA

1 : 00

Initials of Deputy Clerk   DTA